O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED J. BROWN, | ) | CASE NO. ED CV 11-00686 RZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT OF REMAND |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

        In accordance with the Memorandum Opinion and Order filed concurrently herewith,

        IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the  matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.


        DATED:  March 2, 2012


                                        _____
                                        RALPH ZAREFSKY
                                        UNITED STATES MAGISTRATE JUDGE