Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
770 The City Drive South Suite 2000
Orange, CA 92868
Phone (714) 564-8644
Fax   (714) 940-0311
Email:  shannyjlee@gmail.com

Attorney for plaintiff Alfred J. Brown

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. BROWN<br><br>PLAINTIFF,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>DEFENDANT. | No. ED CV 11-00686 RZ<br><br><br><br>[PROPOSED] ORDER AWARDING EAJA FEES AND COSTS |

Based upon the parties' Stipulation for Award of EAJA Fees And Costs ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS and 00/100's ($4,500.00) plus costs in the amount of THREE HUNDRED FIFTY dollars ($350.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: April 30, 2012

*/s/ Ralph Zarefsky*
_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

Proposed Order for EAJA fees and Costs

- 1 -